# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF PUERTO RICO

**HECTOR VELEZ GONZALEZ, and**
**HIPOLITO GONZALEZ ANDINO**               **Civil No. 03-1755(DRD)**
Plaintiffs

v.

**SUIZA DAIRY CORP.**
Defendant

### O R D E R

    Pursuant to the Settlement Conference held on November 16, 2005, Plaintiffs and Defendant have agreed to settle the above captioned case, including all claims raised or which could have been raised. The terms and conditions are known to the subscribing Judge.

    Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants pursuant to the above and **ORDERS** the parties to file the required settlement document **ON OR BEFORE MONDAY, DECEMBER 12, 2005**. The Court will impose monetary sanctions of the party that is responsible for any further delay. The Court shall retain jurisdiction for compliance purposes. This case is closed.

    Once the parties have filed the pertinent stipulation documents, the Court will issue an *Amended Judgment* pursuant to its announced terms and conditions.

**IT IS SO ORDERED**.

S/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
U.S. District Judge

**Date**: November 28, 2005.